Case 1:25-cr-00096-DMT SEALED   Document 7   Filed 04/24/25   Page 1 of 2

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

United States of America
v.
Cyrie Curtis SIMPSON

Case No. 1:25-cr-00096-05

Defendant

REC'D USMS-D/
2025 APR 24 9

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Cyrie Curtis SIMPSON

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances
Forfeiture Notice

Date:    04/24/2025

/s/ Carla Schultz
*Issuing officer's signature*

City and state:    Bismarck, North Dakota

Carla Schultz, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 04/24/25, and the person was arrested on *(date)* 5/20/25
at *(city and state)* Bismarck ND

Date: 5/20/25

*Arresting officer's signature*

*Printed name and title*    Davvon Shafer